IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORIS C. BECK | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-4652 |
| | : | |
| WELLS FARGO BANK, N.A., et al. | : | |

## **MEMORANDUM**

AND NOW, this 19th day of August, 2011, it is ORDERED:

- Defendant Stevens & Lee, P.C.'s (Stevens) Motion to Dismiss (Document 9) is DENIED as moot;

- Defendant McCabe, Weisberg & Conway, P.C.'s (McCabe) Motion to Dismiss (Document 12) is GRANTED;

- McCabe's Motion for Leave to File a Rebuttal Brief (Document 16) is GRANTED;

- Stevens's Motion to Dismiss (Document 17) is GRANTED;

- Defendant Wells Fargo Bank, N.A.'s (Wells Fargo) Motion to Dismiss (Document 18) is GRANTED insofar as all claims against Wells Fargo shall be dismissed with prejudice, except that the dismissal of Plaintiff Doris C. Beck's claim for rescission under the Truth in Lending Act shall be without prejudice; and

- Stevens's Motion for Sanctions (Document 19) is DENIED.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

_/s/ Juan R. Sánchez_
Juan R. Sánchez, J.